**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE:
**JANICE ELAINE TOMES**                                     Case Number: 14-20559

Debtor(s)

## 30-DAY AGREED ORDER WITH PROBATION

The Trustee having filed a motion to dismiss this case for failure to make plan payments, the Debtor(s) and Trustee having agreed to terms addressing the payment delinquency, and the Court being sufficiently advised, it is HEREBY ORDERED:

1) The Debtor(s) shall have **thirty (30) days** from the date of entry of this order within which to bring their payments to the Trustee current. To be deemed current, the cure payment must be postmarked by this date.

2) The Debtor(s) shall be on probation with respect to plan payments in the within case for a period of one (1) year from the date of this order and shall have a twenty-one (21) day grace period on payments coming due within that time. A payment shall be deemed made within the grace period if it is postmarked on or before 21 days following the due date.

3) Upon failure of the Debtor(s) to make any payment as set forth in the above paragraphs, the Chapter 13 Trustee shall, without further motion or hearing, file with the Court a notice of failure to comply with the terms of this order and tender an order dismissing this Chapter 13 case for failure to make payments in accordance with the terms of the plan and the orders of the Court.

Agreed by:                                                  Agreed by:

\s\Delores Woods Baker                                      \s\Beverly M. Burden with email permission
                                                            Beverly M. Burden, Trustee

Attorney for Debtor(s)