UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                             CASE NO.: 14-20559
JANICE ELAINE TOMES,                         DEBTOR

**MOTION TO SELL REAL PROPERTY**

Comes the Debtor, through counsel, and pursuant to 11 U.S.C. 363(b)(1) and 11 U.S.C. 1303, and respectfully requests the Court to permit the Debtor to sell certain real property as described below, and under the terms indicated:

1. The Debtor proposes to sell certain real property which is part of her property located at 5042 Mason Lane, Mayslick, Kentucky 41055. The Debtor desires to sell approximately 75 acres (leaving her with approximately 2 acres and the residence). The appraised value for the entire tract (being the 75 acres and approximately 2 acres and the residence) is $125,000.00. The 75 acres would need to be surveyed and the new purchaser is going to pay for said survey (which is not yet completed).

2. The proposed purchase price for the 75 acres is the current payoff for the Bank of Maysville mortgage which secures the property (currently being $80,112.92). The Debtor has a potential buyer for the property, if approved by the Court. If the Motion herein is approved, and the sale completed, the Debtor shall be able to resolve the mortgage arrearages (by the full payoff of the mortgage) which lead to the Chapter 13 bankruptcy herein.

3. The following sales cost, liens of record, homestead exemption and other charges and expenses related to the sale, are to be paid out of the sale proceeds [at the time of closing] in the estimated amounts as indicated:

    (a) Recorded liens of record in the amounts as indicated:

    (1) $80,112.92 (pay-off through 8-4-17) to Bank of Maysville, being the mortgage holder.

(b) Other charges and expenses in the amounts as indicated:

    (1) Pro-rated taxes (amount unknown – will vary depending on closing date);

    (2) Deed preparation fee (anticipated $100.00).

4. The net sale proceeds (there will be none in this transaction), after payment of the actual amounts charged to the items set forth in paragraph 3 above [and payment of other liens of record, taxes, and other costs and fees at closing], shall be paid to the Trustee in addition to the plan payments and shall not alter or reduce the periodic payments due under the plan, nor shall the duration of the plan be shortened, except to the extent such net sale proceeds would result in payment in full to all creditors and administrative costs.

5. The amount received by the Trustee shall be disbursed as follows:

(a) First, to administrative claimants and costs whose efforts and actions resulted in the sale benefiting the estate;

(b) Second, to unsecured and under-secured creditors pro-rata pursuant to the priorities set forth in 11 U.S.C. Sec 726;

(c) Third, to the secured creditors, pro-rata; and

(d) Fourth, after payment of all remaining claims, administrative costs and expenses of the estate, the balance shall be refunded to the Debtor(s).

## NOTICE OF HEARING

Notice is hereby given to the Chapter 13 Trustee and all parties in interest pursuant to B.R. 2002(a) of this Motion to Sell Real Property. Unless a Response and Request for Hearing stating grounds for opposing this Motion is filed within twenty-one (21) days of service, an Order will be tendered sustaining this Motion and the matter will be submitted to the Court for decision. No hearing will be held unless a timely request for hearing is filed. Notice is further given that the attached order sustaining this Motion is being tendered herewith.

## SWORN DECLARATION UNDER PENALTY OF PERJURY

I, JANICE ELAINE TOMES, Debtor, hereby states that the above statements are true and correct to the best of my knowledge and belief.

Dated: 8-9-17

JANICE ELAINE TOMES

STATE OF KENTUCKY
COUNTY OF MASON

I, the undersigned, a Notary Public in and for the county and state aforesaid, hereby certify that the foregoing was produced before me in my County and State as aforesaid by JANICE ELAINE TOMES and acknowledged to before me, sworn and duly acknowledged this to be his free act and deed.

Witness my hand this the 9th day of August 2017.
My commission expires: 6/9/21      C. Aaron Young #580936
NOTARY PUBLIC, KENTUCKY

DATE: August 16, 2017                    Respectfully Submitted,


_____
DELORES WOODS BAKER
Attorney for Debtor
134 W. Third Street
Maysville, Kentucky  41056
(606) 564-7969

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Sell Real Property was electronically served to Hon. Beverly Burden, Chapter 13 Trustee; U.S. Trustee; Hon. M. Susan Brammer, Attorney for Bank of Maysville; and all others requesting electronic notice; and by mail, postage pre-paid to Bank of Maysville, 20 West Second Street, Maysville, KY  41056; on this the 16 day of August, 2017.

\s\Delores Woods Baker
**DELORES WOODS BAKER**
134 W. Third Street
Maysville, Kentucky  41056