UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:
JANICE ELAINE TOMES,                    CASE NO.: 14-20559
DEBTOR

ORDER PERMITTING SALE OF REAL PROPERTY

This matter having come before the Court regarding the Debtor's motion to sell real property, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

That the Debtor may proceed to sell the property described as follows for the amount of the mortgage payoff (approximately 80,112.92):

**Being approximately 75 acres to be surveyed (leaving Debtor with approximately 2 acres and the residence).**

Pursuant to local rule 9022-1(C), I, Delores Woods Baker, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to LR 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Distribution List:
Hon. Beverly Burden, Ch 13, Trustee
US Trustee
Hon. M. Susan Brammer, Attorney for Bank of Maysville
And all others requesting electronic notice

Bank of Maysville, 20 West Second Street, Maysville, KY  41056

THIS ORDER IS TENDERED BY:

\s\ Delores Woods Baker
DELORES WOODS BAKER, PSC
Attorney for Debtor
134 W. Third Street
Maysville, Kentucky  41056
(606) 564-7969

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, September 11, 2017
(tnw)